No. 5. International Harvester Company of New Jersey et al. v. United States. Appeal from the District Court of the United States for the District of Minnesota. October 21, 1918. Dismissed, on motion of

counsel for appellants. *Mr. John P. Wilson, Mr. Edgar A. Bancroft, Mr. William D. McHugh* and *Mr. Philip S. Post* for appellants. *The Attorney General, The Solicitor General, Mr. Assistant to the Attorney General Todd* and *Mr. Thurlow M. Gordon* for the United States.